IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-91 |
| vs. | FINAL ORDER OF FORFEITURE |
| HUMBERTO GARCIA-GARMONA and DIANA BARTA, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 139). On February 10, 2017, the Court entered a Preliminary Order of Forfeiture (filing 121) pursuant to 21 U.S.C. § 853, based upon the defendants' pleas of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841. By way of the Preliminary Order of Forfeiture, the defendants' interest in $3,327 in United States currency was forfeited to the United States. Filing 121.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on February 16, 2017, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 138) was filed on April 17, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.    The plaintiff's Motion for Final Order of Forfeiture (filing 139) is granted.

2.    All right, title, and interest in and to the $3,327 in United States currency held by any person or entity are forever barred and foreclosed.

3.    The currency is forfeited to the plaintiff.

4.    The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 18th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge